# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1142

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| David Anton Wesley, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: June 9, 2010
Filed: June 11, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

David Wesley appeals the sentence the district court[1] imposed after revoking his supervised release. Upon careful review, we conclude that the revocation sentence is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with United States v. Booker, 543 U.S. 220 (2005)). Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.